UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **QUENTIN ALONZO WILLIAMS, SR.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 21-339-JWD-RLB** |
| **LOUISIANA DEPARTMENT OF EDUCATION** | |

## **OPINION**

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report dated May 11, 2022, (Doc. 34), to which no objection was filed;

**IT IS ORDERED** that Defendant's Motion to Dismiss (Doc. 20) is **GRANTED IN PART**, dismissing with prejudice Plaintiff's claims pursuant to Title VII of the Civil Rights Act of 1964.

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Leave to File Amended Supplemental Complaint (Doc. 25) is **DENIED.**

**IT IS FURTHER ORDERED** that Plaintiff's Motion to Sever and Remand State Law Claims (Doc. 29) is **GRANTED,** and Plaintiff's state law claims are remanded to the 19th Judicial District Court, Parish of East Baton Rouge, Louisiana.

Judgment shall be entered accordingly.

Signed in Baton Rouge, Louisiana, on <u>June 1, 2022</u>.

_____
**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

19th JDC